# TEXAS DEPARTMENT OF PUBLIC SAFETY



**5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512-424-2000**
www.dps.texas.gov

FREEMAN F. MARTIN
COLONEL
WALT GOODSON
JASON C. TAYLOR
LIEUTENANT COLONELS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 8:55:3 AM
CHRISTOPHER A. PRINE
Clerk

STEVEN P. MACH, CHAIRMAN
NELDA L. BLAIR
DAN HORD III
A. CARLOS LONG
STEVEN H. STODGHILL

July 15, 2025

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
Via Electronic Filing
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re:     Texas Department of Public Safety v. Gregory Alan Aleman
        Cause No. 15-24-00097-CV, formerly 03-25-00143-CV (Trial Court Case No. 24CVV0087)

Dear Christopher A. Prine:

        The Department of Public Safety received a return and request for payment of fees for the above-entitled and numbered cause for its Motion to Dismiss for Want of Prosecution. (Please see the attached motion dated July 11, 2025).

        The Department, Appellee in this action, is a state agency and exempt from payment of filing fees prior to judgment under the authority of Sections 6.001(b)(2) and 8.01 of the Texas Civil Practice and Remedies Code; Op. Tex. Atty. Gen. No. DM-459 (1997) ("Section 6.001 of the Civil Practice and Remedies Code exempts the state from paying security for court costs, such as filing fees and fees for service of process."); *see also LeCroy v. Hanlon*, 713 S.W.2d 335, 344 (Tex. 1986); (holding filing fees are security for court costs); *In re Lee Children*, 36 S.W.3d 702, 707 (Tex. App.—Waco 2001) (same), *rev'd on other grounds*, 92 S.W.3d 526, 528-29 (Tex. 2002); *Scolaro v. State ex rel. Jones*, 1 S.W.3d 749, 754 (Tex. App.—Amarillo 1999, no pet.) (same); *Rodeheaver v. Alridge*, 601 S.W.2d 51, 54 (Tex. App.—Houston [1st Dist.] 1980, writ ref'd n.r.e.) (same).

If the above is not satisfactory, please let me know and provide documentation or instructions to effectuate payment. If you have any questions regarding this matter, please do not hesitate to contact me at (469) 394-0579.

Respectfully submitted,

/s/ *Elizabeth A. Dupuy*
ELIZABETH A. DUPUY
Staff Attorney, ALR Appeals
SBN 24056369
ALR_Appeals@dps.texas.gov

Ronald Simpson
Field Staff Attorney, ALR Division
SBN 24067868

P. O. Box 15327
Austin, Texas 78761-5327
TEL   (512) 424-5193
FAX   (512) 424-5221

ATTORNEYS FOR APPELLANT,
TEX. DEP'T OF PUB. SAFETY

Cc:    David Fernandez, attorney for Appellant by electronic service